**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 99-60538

SAMUEL D. SAMPLE,

Plaintiff-Appellant,

v.

YAZOO VALLEY ELECTRIC POWER ASSOCIATION,

Defendant-Appellee.

On Appeal from the United States District Court
for the Southern District of Mississippi
(5:98-CV-107-BrS)

May 1, 2000

Before REYNALDO G. GARZA, HIGGINBOTHAM, and BENAVIDES, Circuit Judges.

PER CURIAM[1]:

Samuel D. Sample, an employee of Yazoo Valley Electric Power Association (Yazoo Valley), appeals the decision below granting summary judgment in favor of Yazoo Valley on Sample's claims under the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12101, *et seq*, and the Rehabilitation Act of 1973, 29 U.S.C. § 701. After carefully considering the parties' briefs, the record, and oral arguments, we affirm summary judgment of these claims based on the conclusions of fact and law given in the district court's memorandum opinion and order.

---

[1] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.